# Court of Appeals
# of the State of Georgia

ATLANTA,    December 11, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0510.  MEREDITH STEPHENS ASHWORTH v. THE STATE.**

On September 16, 2015, the trial court entered an order denying Meredith Ashworth's motion to suppress.  Ashworth filed a notice of appeal to this Court, however, we lack jurisdiction.

The order denying the motion to suppress is not a final appealable decision within the meaning of OCGA § 5-6-34 (a). Accordingly, Ashworth was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b) and, after obtaining a certificate of immediate review from the trial court, was required to file a timely application for interlocutory review in this Court.  See OCGA § 5-6-34 (b); Court of Appeals Rule 30.  Because Ashworth failed to comply with interlocutory procedures, we lack jurisdiction, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
          Clerk's Office, Atlanta,_____ 12/11/2015 ____
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*